Notice of Undeliverable Mail to Debtor

November 5, 2014

From: United States Bankruptcy Court, Central District of California

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Mohammed Abdul Hakim, Case Number 14-13649, AA

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**San Fernando Valley Division**
**21041 Burbank Blvd,**
**Woodland Hills, CA 91367-6603**

---

Undeliverable Address:
Sears/cbna
Po Box 6189
Sioux Falls, SD 57117

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

SEARS/CBNA PO BOX 6189, SIOUX FALLS, SD 57117

---

Undeliverable Address:
Td Bank Usa/targetcred

1

Po Box 673
Minneapclis , MN 55440

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440

Undeliverable Address:
Thd/cbna
Po Box 6497
Sioux Falls , SD 57117

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117

_____        11/13/14
Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2

002603        80804002605025